UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Plaintiff: Gilbert L. Mobley

vs.

Defendant: Greene County Highway dept, Emery Sapp & Sons

Case No. 22-3007-CV-S-MDH

## APPLICATION FOR LEAVE TO FILE ACTION
## WITHOUT PAYMENT OF FEES
## WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT

I state that I am unable to pay the fees to file an action against the defendant(s) in this case and that the actions of the defendant(s) have harmed me.

Attached is my Affidavit of Financial Status in support of my application to the court for leave to file a civil action without payment of costs.

_____
Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Gilbert Louis Mobley  )
Plaintiff  )
  )
vs.  )  Case No. 22-3007-CV-MPH
  )  22-3307-CV-MDH
Greene County Highway Depart / Emery Sapp  )
  )
Defendant  )

## AFFIDAVIT OF FINANCIAL STATUS

I, Gilbert L Mobley, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

I. **MARITAL STATUS AND PERSONAL DATA**

   A. Single: ■   Married: ☐   Separated: ☐   Divorced: ☐

   B. Name of Spouse _____

   C. Age of plaintiff, petitioner or complainant: 67

   D. Age of spouse: _____

   E. Address of plaintiff, petitioner or complainant:
      5110 S Woodfield Place
      Telephone: 417-848-6100

   F. Address of spouse: _____
      Telephone: _____

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

II. **EMPLOYMENT**

A. Name of employer: Self: Dr. Gil Live Telemedicine

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income: Monthly $2600  Weekly $650

Gross Income: Monthly $3333  Weekly $833

Does employer provide health insurance: Yes ☐  No ■

If employer provides health insurance, describe coverage:_____

B. Previous employment (Answer only if presently unemployed).

Name of employer:_____

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income: Monthly $_____  Weekly $_____

Gross Income: Monthly $_____  Weekly $_____

C. Employment of spouse:

Name of employer:_____

Page 2

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:       Monthly $_____    Weekly $_____

Gross Income:     Monthly $_____    Weekly $_____

III. **FINANCIAL STATUS**
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A. Owner of real property?    Yes ■    No ☐

If yes - Description: **My home (fully mortgaged)**

Address: **5110 S Woodfield Place**

In whose name? **Gilbert L Mobley**

Estimated value: **$450,000**

Total amount owed: **363,281**

Owed to: **Bank of America**

Annual income from property: **2100**

B. Owner of automobile:    Yes ■    No ☐

If yes - Number of automobiles owned: **2**

Make **Ford truck**   Model **f Series**   Year **1993**

Make **Winnebago RV**   Model **Sightseer**   Year **2004**

In whose name registered? **Gilbert L Mobley**

Present value: both: $5000 total, cumulatively. Neither vehicles are safe or road worthy

Amount owed on the automobile(s):_____

Owed to:_____

Monthly payment(s):_____

Page 3

C. Cash on hand: (Include checking and savings accounts)

$ zero

List names and addresses of banks and associations:

Please do not state account numbers: **Bank of America**
**Two accounts: Dr Gil Live LLC & personal**

D. Have you received within the past 12 months any money from any of the following sources:

|  | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | ✔ |  |
| Pensions, trust funds, annuities or life insurance payments? |  | ✔ |
| Gifts or inheritances? |  | ✔ |
| Welfare payments? |  | ✔ |
| ADC or other governmental child support? |  | ✔ |
| Unemployment benefits? |  | ✔ |
| Social Security benefits? | ✔ |  |
| Other sources? |  | ✔ |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:
Roommate paid $700 monthly for three months last year.

IV. **OBLIGATIONS**

A. Monthly rental on house or apartment:_____

B. Monthly mortgage payments on house: mort$740 +late fees$600

Amount of equity in house: zero

Page 4

C. Monthly mortgage payments on other properties: $ _____

Amount of equity in other properties: $ _____

D. Household expenses:

Monthly grocery expense: 450

Monthly utilities:

Gas: 220

Electric: 250

Water: 20

Other: (Specify) Internet/home phone $160

E. Other debts and miscellaneous monthly expenses:

| TO WHOM OWED AND FOR WHAT REASON INCURRED? | MONTHLY PAYMENTS | BALANCE DUE |
|---|---|---|
| Cardinal roofing | unable to pay | $25,000 |
| Back taxes IRS "seriously delinquent" 2019 | unable to pay | 137,506 |
| Bank of America penalties and fees | unable to pay | 90,721 |
| Woodfield Water works | unable to pay | $2800 |
| Home repairs/maintenance/upkeep |  | $1000 |
| Reppublic Services Trash | unable to pay | $300 |
|  |  |  |

V. **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).
My 50 year home is in need of repairs. I intend to get it marketable ASAP and sell this spring to pay off my debts. I plan to live on my RV.

Prior to last year I was able to do the majority of upkeep. Orthopedic injuries last year and a new one this week will prevent me from these chores, which frankly I adore and enjoy. Contract labor is a prition of the above $1000

I have a booth at Relic's Antique Mall to start selling my furniture starting last month; no sales yet. Staff is suggesting prices.

I have been unable to pay my mortgage for over two years due to financial constraints.

Page 5

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

*/s/ Gilbert J. Mobley*
Signature of Plaintiff

## VERIFICATION

State of **Missouri**       )
                            )
County of **Greene**        )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

*/s/ Gilbert J. Mobley*
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this **7th** day of **January**, 20 **22**

*/s/ Cody Hackett*
Notary Public

> CODY HACKETT
> Notary Public – Notary Seal
> STATE OF MISSOURI
> Greene County
> My Commission Expires May 18, 2025
> Commission #21260286

**May 18th, 2025**
My Commission Expires