Exhib 3

| Station | KE # | Feature Description | Depth to Bedrock (ft.) | Approx. Cut or Fill Depth (ft.) | Boring Logs Available | Action | Notes |
|---|---|---|---|---|---|---|---|
| 24+26, 35' RT | 1 | Large Shallow Depression ~20'x30' | 12 | -6.2 | Y | NFA | No inwash, stiff soils |
| 28+26, 50' RT | 2 | Small Depression ~10'x8'x1' | 20 | +6.2 | Y | NFA | No inwash, stiff soils |
| 32+82, 128' RT | 3 | Sinkhole ~11'x15.5' and 90' W of CL (w/in ROW), Void channeling soil removal can be seen at bottom. | 7.2 to 13.5 | +6.5 | Y | Sec. 6.7 | Graded Filter Recommended |
| 26+81, 263' RT | 4 | Small Depression ~2'x5' | Unknown | N/A | N | NFA | Outside of right of way |
| 23+08, 208' RT | 5 | Egg Shaped Open Void ~6x10', Filled w/ rubble and debris | 8.0 | N/A | N | NFA | Outside of right of way |
| 33+58, 1505, RT | 6 | 2'x5'x1' depression | Unknown | N/A | N | NFA | Outside of right of way |
| 38+08, 29' RT | 7 | Small Depression ~5' in dia. | 7.5 | -8.3 | Y | NFA | No inwash and cut depth equal to bedrock |
| 39+95, 88' RT | 8 | Small Depression ~5'x6' | 15.3 | -8.5 | Y | NFA | No inwash, stiff soils |
| 42+22, 137' LT | 9 | Depression ~7'x8'x1.5' | 8.3 | -0.8 | Y | NFA | No inwash, stiff soils |
| 54+00, 92' RT | 10 | Spring for the Workman Branch | Surface? | N/A | N | Sec. 6.6 | Spring box recommended |
| 55+20, 43' RT | 11 | Large Shallow Depression ~14'x16' | 7.5 | +29.1 | Y | NFA | No inwash, stiff soils |
| 63+07, 22' LT | 12 | Small Depression ~6' in dia. | 17.5 | -3.7 | Y | NFA | No inwash, stiff soils |
| 70+70, 66' RT | 13 | Small Open Void ~1'x2'x2' | 12.2 to 19.5 | -3.9 | Y | Sec. 6.8 | Fill present in possible collapse |
| 71+80, 24' RT | 14 | Small Depression ~1'x2' within discolored patch of grass | 16.6 to 31.1 | -3.7 | Y | Sec. 6.8 | Large pinnacle sloping west |
| 100+14, 145' RT | 15 | Circular Depression ~3' in dia. & 1.5' deep | Unknown | N/A | N | NFA | Outside of right of way |
| 139+85, 10' RT | 16 | Oval Depression ~5'x15' | 0 to 47.0 | N/A | Y | Sec. 6.10 | Completed Geophysics |
| 137+24, 154' RT | 17 | Circular Depression ~4' in dia. And 1' deep | Unknown | N/A | N | NFA | Outside of right of way |
| 140+22, 175' RT | 18 | Shallow Circular Depression ~3' in dia. | Unknown | N/A | N | NFA | Outside of right of way |
| 141+80, 516' RT | 19 | Recent Collapse, Cave, Extent Undetermined | Surface | N/A | N | Sec. 6.9 | Completed Geophysics |
| 141+59, 381' RT | 20 | Circular Depression ~70' in dia. | Unknown | N/A | N | NFA | Outside of right of way |
| 108+28, 308' RT | 21 | Cave, Extent Undetermined | Surface | N/A | N | Sec. 6.9 | Completed Geophysics |
| 120+07, 4' RT | 22 | Large Shallow Depression ~20'x35' | 33.3 | -20.4 | Y | NFA | No inwash, stiff soils, surrounding borings also have deeper bedrock |
| 126+85, 92' LT | 23 | Large Shallow Depression ~12'x15' | 19.5 to 30.0 | -10.6 | Y | NFA | No inwash, stiff soils, pinnacled bedrock |
| 108+97, 61' RT | 24 | < 1' dia. collapsed conduit in exposed bedrock | Surface | -21.6 | N | Sec. 6.5 | No further action |
| 113+44, 25' RT | 25 | Spring in unnamed tributary of Ward Branch | Surface | +8.1 | N | Sec. 6.6 | Spring box recommended |
| 117+92, 8' LT | 26 | Circular depression ~ 6' diameter & 1' deep | 19.5 | -22.5 | Y | NFA | No inwash, stiff soils |
| N/A | 27 | Riverbluff Cave | N/A | N/A | N | NFA | South Entrance (southern most point) |

NFA = No Further Action        Red Text = Refer to Section in Report