UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Gilbert L. Mobley )
Plaintiff )
)
vs. )
) Case No: 22-3007-CV-S-MDH
Greene Co. Highway Dept )
& Emery Sapp & Sons )
Defendant )

## APPLICATION FOR APPOINTMENT OF COUNSEL

I am without means to employ counsel.

I have contacted the following attorneys (at least three)

1) JASON C. Smith - Spencer Fane LLP
2) W. PATRICK Mobley - Roderick & Solange
3) JON Pitts LAW FIRM LLC   SGF MO
   Tad Moreland - SGF MO

but have been unable to obtain their services.

My "Affidavit of Financial Status" ✓ is ~~attached~~, ___ was previously filed.

Pending - Will deliver by 4pm today

Gilbert L. Mobley
Plaintiff

1/07/2022
pm

Case 6:22-cv-03007-MDH   Document 2   Filed 01/07/22   Page 1 of 1