# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| GILBERT LOUIS MOBLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:22-cv-03007-MDH |
| ) | |
| GREENE COUNTY ) | |
| HIGHWAY DEPARTMENT et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff's Dismissal Without Prejudice of All Parties (Doc. 49) wherein Plaintiff, by and through counsel, dismisses his cause of action without prejudice against the reinstatement thereof.

WHEREFORE, after review, the Court hereby dismisses this matter in its entirety without prejudice and with each party bearing its own attorney fees and costs.

**IT IS SO ORDERED.**

DATED: November 8, 2022

                                                */s/ Douglas Harpool*
                                                **DOUGLAS HARPOOL**
                                                **UNITED STATES DISTRICT JUDGE**